RECEIVED
MAY 19 2006
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| MAZEN S. HAMDAN | CIVIL CASE NO. 05-1293-L |
| VS. | SECTION P |
| GARY COPES, ET AL. | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the following claims raised in plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted:

**ALL CLAIMS CONCERNING –**
    a. Disciplinary Proceedings;
    b. Conditions of Confinement in General;
    c. Exposure to Environmental Tobacco Smoke/Poor Ventilation;
    d. Conditions of Confinement in Lock-Down Cell;
    e. Retaliation;
    f. Free Exercise of Religion;
    g. Verbal Taunts;
    h. Equal Protection; and
    i. Inadequate Grievance Procedure

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____ day of ___June___, 2006.

**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**