# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Mazden S. Hamden | Civil Action No. 05-1293 |
| versus | Judge Tucker L. Melançon |
| Gary Copes, et al. | Magistrate Judge Mildred E. Methvin |

## JUDGMENT OF DISMISSAL

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants' motion for summary judgment is GRANTED, and that all claims against Jimmy Powers and "John Doe" are DISMISSED WITH PREJUDICE.

Thus done and signed this 3rd day of January, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE